433 A.2d 114

Commonwealth v. Jackson, Appellant.

Argued June 11, 1980. Thomas H. A. Gallagher, for appellant; Robert R. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Judgment of sentence affirmed on the opinion of the lower court.

BROSKY, J., filed a memorandum concurring opinion.

433 A.2d 115

Commonwealth v. Jackson, Appellant.

Petition for Allowance of Appeal Denied Dec. 18, 1981.

Submitted December 6, 1979. Daniel H. Greene, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.